CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 20 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TEYON SMITH, JORDAN NEWBERRY, CEDRIC REID, TROY OAKES, | ) ) CASE NO. 7:12CV00032 |
| Plaintiffs, | ) ) ) FINAL ORDER |
| vs. | ) ) |
| HAROLD CLARKE, ET AL., | ) By: James C. Turk ) Senior United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 20th day of March, 2012.

/s/ James C. Turk
Senior United States District Judge